```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA

JOHN HRYNIEWICH                          CIVIL ACTION

VERSUS                                   NO: 15-3796

SHO-LINK, INC.                           SECTION: "J"(2)
```

**ORDER**

Considering the foregoing *Joint Motion to Dismiss* **(Rec. Doc. 23)**,

**IT IS ORDERED** that the Motion is **GRANTED.** The above-entitled matter is dismissed with prejudice, with each party to bear its own costs.

New Orleans, Louisiana this 3rd day of March, 2017

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE